IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : 6:05-CR-03(HL) |
| DOUGLAS C. ROGERS, | : |
| Defendant | : |

ORDER APPOINTING APPELLATE COUNSEL

Defendant, through trial counsel, having moved for the appointment of appellate counsel, and having submitted the requisite affidavits of indigency, which the court has reviewed and determined that the defendant is in fact indigent, now appoints trial counsel, Bradley Miles Hannan, P.O. Box 5408, Valdosta, GA 31603-5408, as his appellate counsel.[1]  Further, in accordance with the dictates of the Criminal Justice Act Plan for the Middle District of Georgia, appointed counsel may claim compensation only for services rendered after the issuance of this order of appointment.

SO ORDERED, this 22nd day of August 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court is aware of that Section III E. of the Criminal Justice Act Plan for the Middle District of Georgia stating that normally retained trial counsel will not be appointed for purposes of appeal when the defendant asserts indigency. That portion of the CJA Plan also provides that the court should consider the facts of each case separately as well as the need for judicial economy.  Having done so the court, finds this appointment appropriate under the circumstances.